UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:02-cr-0053-SEB-MJD |
| | ) | |
| BILLY CONN, | ) | - 02 |
| | ) | |
| Defendant. | ) | |

### REPORT AND RECOMMENDATION

On June 1, and 22, 2022, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on May 12, 2022. Defendant Conn appeared in person with his appointed counsel William Dazey. The government appeared by Barry Glickman, Assistant United States Attorney. U. S. Parole and Probation appeared by Officer Travis Buehrer.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Conn of his rights and provided him with a copy of the petition. Defendant Conn orally waived his right to a preliminary hearing.

2. After being placed under oath, Defendant Conn admitted violation number 1. [Docket No. 42.]

3. The allegation to which Defendant admitted, as fully set forth in the petition, is:

| **Violation Number** | **Nature of Noncompliance** |
|---|---|
| 1 | **"You must refrain from any unlawful use of a controlled substance."** |

        On April 18, 2022, Mr. Conn submitted a urine sample that tested positive for Amphetamines. He was confronted on this result on April 27, 2022, and he denied use.

        As previously reported to the Court, Mr. Conn also submitted urine samples that tested positive for methamphetamine on September 30, 2019, February 17, 2021, May 27, 2021, and November 5, 2021.

4. The parties stipulated that:

   (a) The highest grade of violation is a Grade B violation.

   (b) Defendant's criminal history category is VI.

   (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 21 to 27 months' imprisonment.

5. The parties jointly recommended a sentence of eighteen (18) months with supervised release. Defendant requested placement at a facility closest to Laurel, Indiana at the lowest appropriate security level.

        The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of eighteen (18) months with no supervised release to follow. The Magistrate Judge will make a recommendation of placement at a facility closest to Laurel, Indiana at the lowest appropriate security level. The Defendant is released pending the District Judge's action on this Report and Recommendation. The Defendant will self-surrender upon designation by the Bureau of Prisons.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties have fourteen days after being served a copy of this Report and Recommendation to serve and file written objections with the District Judge.

Date: 6/23/2022

*Paul R. Cherry*
Paul R. Cherry
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system